# FILED

OCT - 8 2009

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              )
                                    )
                                    )     Case No. 09 B 07427
DEGROATE PETROLEUM, INC.            )
                                    )
                                    )
                                    )     Chapter 11
           Debtor.                  )
_____ )

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JANKE & TOOLIS, LLC, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $21,345.00 | TOTAL COSTS REQUESTED: | $1,329.73 |
| TOTAL FEES REDUCED: | $1,145.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $20,200.00 | TOTAL COSTS ALLOWED: | $1,329.73 |

### TOTAL FEES AND COSTS ALLOWED: $21,529.73

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)    **Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

(2)    **Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(3)** **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: _____, 2009

8  OCT 2009

Eugene R. Wedoff
United States Bankruptcy Judge

Jahnke & Toolis LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

## History Bill

Date:   8/28/2009

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|------|-------|-----|-------------|---------|--------|
| Scott Degroate | | | Client No. | | |
| Degroate Petroleum - BK11 | | | Case No.        09 B 07427 | | |
| 2/23/2009 | TWT | T | Conference with John Hayes and Client re: Potentially for Chapter 11 Bk | 1.2 | $480.00 |
| 2/24/2009 | TWT | T | Preparation and review of retainer agreement | 0.4 | $160.00 |
| 3/04/2009 | TWT | T | Travel to and from Lincolnway community bank | 1 | $400.00 |
| 3/04/2009 | ARG | T | Look up creditor addresses | 0.5 | $50.00 |
| 3/04/2009 | TWT | T | Conference with Lincolnway Community Bank re: Refinance | 1 | $400.00 |
| 3/05/2009 | TWT | T | Phone consult with Mike Benz re: Set-off | 0.1 | $40.00 |
| 3/05/2009 | TWT | T | Preparation of Bk petition and schedules | 2 | $800.00 |
| 3/05/2009 | JR | T | Began prep of docs for Chapter 11 bk | 0.8 | $80.00 |
| 3/06/2009 | JHC | T | File motion for interim order | 0.1 | $10.00 |
| 3/06/2009 | JR | T | Prepared documents for Chapter 11 filing | 2 | $200.00 |
| 3/06/2009 | JR | T | revised order and motion for turnover | 0.6 | $60.00 |
| 3/06/2009 | JR | T | prepared notice of motion, emailed docs to Harris and Lincolnway Community Bank and sent via overnight to Navistar | 0.5 | $50.00 |
| 3/09/2009 | TWT | T | Conference with Linda re: Court Appearance tomorrow | 0.1 | $40.00 |
| 3/09/2009 | TWT | T | Review and respond to e-mail by Mike Benz | 0.2 | $80.00 |
| 3/10/2009 | CLM | T | Organize and review file | 0.5 | $50.00 |
| 3/10/2009 | TWT | T | Motion for Use of Cash Collateral - hearing | 0.4 | $160.00 |
| 3/10/2009 | TWT | T | Conference with Mike Benz re: use of cash | 1 | $400.00 |
| 3/10/2009 | CLM | T | Create monthly budget spread sheet | 0.5 | $50.00 |
| 3/10/2009 | CLM | T | Multiple TC for emergency mtn | 0.5 | $50.00 |
| 3/11/2009 | TWT | T | Conference with Brent Huber re: claims against environmental company, Harris bank, insurance carries | 0.4 | $160.00 |
| 3/16/2009 | JHC | T | Filed amended schedule B | 0.1 | $10.00 |
| 3/16/2009 | TWT | T | Preparation for Motion to Use Cash Collateral - conf with David Lloyd, review facts, discuss motion tactics | 1 | $400.00 |
| 3/17/2009 | TWT | T | E-mail to Linda re: court / acct none | 0.2 | $80.00 |
| 3/17/2009 | TWT | T | review e-mail and respond re: Harris Bank agreed order | 0.2 | $80.00 |
| 3/17/2009 | TWT | T | Conf with Mike Benz re: agreed order | 0.2 | $80.00 |
| 3/17/2009 | TWT | T | E-mail to Kathy Rotta re: ins on Real Estate | 0.1 | $40.00 |
| 3/17/2009 | TWT | T | E-mail to Linda re: cash on hand at Lincoln Way | 0.1 | $40.00 |
| 3/17/2009 | JHC | T | Telephone conference with Judge Wedoff's clerk | 0.1 | $10.00 |
| 3/17/2009 | TWT | T | Review financials | 0.2 | $80.00 |
| 3/17/2009 | TWT | T | Review e-mail balance on hand $132,000 | 0.1 | $40.00 |
| 3/17/2009 | TWT | T | Review e-mail form Linda re: proof of insurance | 0.1 | $40.00 |

Page No.    1

Jahnke & Toolis LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

# History Bill

Date:  8/28/2009

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|------|-------|-----|-------------|---------|--------|
| 4/06/2009 | | | | | |
| 4/06/2009 | TWT | T | Review budget prior to sending to Mike Benz | 0.1 | $40.00 |
| 4/06/2009 | TWT | T | Respond to e-mail of Mike Benz re: Extension of time on CC order | 0.2 | $80.00 |
| 4/07/2009 | JHC | T | Reviewed court docket | 0.1 | $10.00 |
| 4/07/2009 | JR | T | prepared Notice of Motion and Application to Employ and Order | 0.5 | $50.00 |
| 4/07/2009 | TWT | T | Court appearance - motion on use of cash collateral - entered and continued until May 6, 2009 @ 10:00 am | 0.4 | $160.00 |
| 4/07/2009 | TWT | T | Court Appearance - 341 meeting | 0.9 | $360.00 |
| 4/08/2009 | TWT | T | Email to Linda/John re: business advisor from Harris | 0.1 | $25.00 |
| 4/08/2009 | JHC | T | Emailed bankruptcy schedules to Linda; forwarded Linda's response to TWT | 0.1 | $10.00 |
| 4/09/2009 | JR | T | prepared Notice of Service and mailings | 1 | $100.00 |
| 4/09/2009 | JHC | T | Filed Notice of Service | 0.1 | $10.00 |
| 4/09/2009 | JR | T | sent all mailings out and prepared for filing | 0.2 | $20.00 |
| 4/10/2009 | TWT | T | Review correspondence from Kevin Driscoll re: Navistar secured debt payments | 0.2 | $80.00 |
| 4/10/2009 | TWT | T | Conference with Kevin Disco re: Navistar payments | 0.1 | $25.00 |
| 4/10/2009 | TWT | T | E-mail to Linda re: Navistar payments | 0.1 | $25.00 |
| 4/13/2009 | TWT | T | Review and respond to e-mails from Linda Stella re: Navistar payments and monthly budget report | 0.4 | $160.00 |
| 4/13/2009 | TWT | T | Review and forward weekly budget to Mike Benz and monthly bank statements | 0.2 | $80.00 |
| 4/16/2009 | CLM | T | Record all court dates from court order | 0.5 | $50.00 |
| 4/30/2009 | TWT | T | Conference with Linda Stellwagen re: Highridge Partners audit | 0.3 | $120.00 |
| 4/30/2009 | TWT | T | Conference with Mike Benz re: settlement/payoff of Harris Bank Loans | 0.3 | $120.00 |
| 5/06/2009 | TWT | T | Conference with Mike Benz re: continue cash order for 1 week | 0.2 | $80.00 |
| 5/07/2009 | TWT | T | Review bank statements and forward same to mike Benz | 0.4 | $160.00 |
| 5/13/2009 | TWT | T | Court Appearance | 0.3 | $120.00 |
| 5/15/2009 | TWT | T | Travel to and from Court | 1 | $200.00 |
| 5/15/2009 | TWT | T | Review correspondence from Mike Benz - payoffs, ledger balances, etc | 0.3 | $120.00 |
| 5/18/2009 | TWT | T | Preparation of notice of motion and service list for MTN to extend | 0.1 | $400.00 $40.00 |
| 5/18/2009 | TWT | T | Review weekly reports and forward to Harris bank | 0.4 | $160.00 |
| 5/18/2009 | TWT | T | Preparation of motion for extension of time to file plan and exclusivity period | 0.6 | $400.00 |

Jahnke & Toolis LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

## History Bill

Date:  8/28/2009

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|------|-------|-----|-------------|---------|--------|
| 5/20/2009 | TWT | T | Conference with Steve Wolf re: MTN for extension | 0.1 | $40.00 |
| 5/21/2009 | TWT | T | Preparation of Notice of Motion | 0.1 | $40.00 |
| 5/21/2009 | TWT | T | Motion requesting additional time to file plan/disclosure statement per court order | 0.4 | $160.00 |
| 5/22/2009 | TWT | T | Conference with Linda re: union dispute not letting driver deliver fuel - will call union rep on Monday | 0.2 | $80.00 |
| 5/25/2009 | TWT | T | Review and submit weekly budget to Harris bank | 0.4 | $160.00 |
| 5/25/2009 | TWT | T | Call to Union rep re: Letter re: agreement to pay prevailing wages | 0.1 | $40.00 |
| 5/26/2009 | TWT | T | Conference with Steve Wolf re: filing of monthly reports | 0.1 | $40.00 |
| 5/26/2009 | TWT | T | Review monthly report | 0.4 | $160.00 |
| 5/26/2009 | TWT | T | File monthly report for April 09 with court | 0.1 | $40.00 |
| 5/27/2009 | TWT | T | Court Appearance - continued to June 9, 2009 for filing of Monthly reports | 0.3 | $120.00 |
| 5/27/2009 | TWT | T | Travel to and from court | 1 | $200.00 |
| 5/31/2009 | TWT | T | Conference with John Hayes re: monthly report | 0.3 | $400.00 |
| 6/02/2009 | EAE | T | file 3/31/09 OPERATING REPORT | 0.2 | $20.00 |
| 6/02/2009 | EAE | T | print out all claim and organize in binder copy charge: 103 @ $.10 = $10.30 ECF charge: $ 8.64 | 1.5 | $150.00 |
| 6/02/2009 | EAE | T | Prepare motion and notice, file and mail out copies: $20.00   postage: $15.25 | 1 | $100.00 |
| 6/02/2009 | EAE | T | mailed out order and notice 8 pages to 25 creditors | 0.75 | $75.00 |
| 6/02/2009 | EAE | T | Prepare motion to extend | 1.5 | $150.00 |
| 6/02/2009 | EAE | T | Prepare motion to extend time to file, chapter 11 and disclosure statement. File motion, notice of motion, and proposed order, mailed out copies: $10.00   postage: $11.00 | 1 | $100.00 |
| 6/04/2009 | TWT | T | Conference with Steve Wolf re: time to file plan, monthly statements, etc | 0.1 | $40.00 |
| 6/04/2009 | TWT | T | e-mail to Linda re: need signatures on monthly statements | 0.1 | $40.00 |
| 6/07/2009 | TWT | T | Review of April monthly statement and revise | 0.6 | $240.00 |
| 6/07/2009 | TWT | T | Review of March monthly statement and revise | 0.2 | $80.00 |
| 6/07/2009 | TWT | T | Email to Linda and john re: corrections to monthly statements | 0.1 | $40.00 |
| 6/19/2009 | EAE | T | Prep MTN to Employ, NOM< & Order | 1 | $100.00 |
| 6/22/2009 | TWT | T | Review and forward weekly report to Harris Bank | 0.1 | $40.00 |
| 6/23/2009 | TWT | T | Conference with John Hayes re:  ability to repay loan outside bk | 0.4 | $160.00 |

Jahnke & Toolis LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

## History Bill

Date:   8/28/2009

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|------|-------|-----|-------------|---------|--------|
| 6/24/2009 | TWT | T | Conference with Mike Benz re: cash collateral order | 0.2 | $80.00 |
| 6/30/2009 | TWT | T | Calculate repayment amortization | 0.1 | $40.00 |
| 6/30/2009 | TWT | T | Travel to/from court | 1 | $200.00 |
| 6/30/2009 | TWT | T | Court Appearance | 0.4 | $160.00 |
| 7/01/2009 | TWT | T | Phone conference to union president re: Payment of prevailing wages qualifies driver, call to Linda Stella re: union will not allow delivery without signed agreement | 0.3 | $120.00 |
| 7/14/2009 | TWT | T | Conference with Linda re: mortgage modification denied. Harris unwilling to reinstate loan, proceed with John's claim for contamination, needed monthly income numbers | 0.4 | $160.00 |
| 7/15/2009 | TWT | T | Conference call with Paul Berkowitcz attorney for union - will try to reach agreement for 1 driver in Indiana | 0.1 | $40.00 |
| 7/22/2009 | EAE | T | Filed fourth stipulation and mailed out to creditors | 0.3 | $30.00 |
| 7/22/2009 | TWT | T | Court Appearance - motion for extend time | 0.4 | $160.00 |
| 7/22/2009 | TWT | T | Travel to and from court | 1 | $200.00 |
| 7/24/2009 | TWT | T | Review cash order and forward signature page to Mike Benz for entry of draft order | 0.3 | $120.00 |
| 7/31/2009 | EAE | T | Prepare motion to extend, notice of motion, and order | 1 | $100.00 |
| 8/03/2009 | TWT | T | Conference with Union attorney re: signatures on agreement | 0.1 | $40.00 |
| 8/10/2009 | TWT | T | Conference with attorney for union re: august 1, 2009 start date, catch up on new rate, pay scale | 0.3 | $120.00 |
| 8/12/2009 | TWT | T | Review of Scott Degroate e-mail and answer questions regarding union contract | 0.4 | $160.00 |
| 8/18/2009 | TWT | T | Travel to/from court | 1.5 | $300.00 |
| 8/18/2009 | TWT | T | Court Appearance - Motion to Employ Brent Huber | 0.3 | $120.00 |
| 8/18/2009 | TWT | T | Conference with client re: union rep - client not going to proceed | 0.1 | $40.00 |
| 8/18/2009 | TWT | T | Conference with client re: union rep - needs signed agreement or will file labor relations board complaint | 0.2 | $80.00 |
| 8/21/2009 | TWT | T | Review of IRS claims and forward to client | 0.3 | $120.00 |
| 8/24/2009 | TWT | T | Preparation for plan provision for Harris Bank | 0.3 | $120.00 |
| 8/24/2009 | TWT | T | Preparation of Plan Provision for Navistar & review of claims | 0.3 | $120.00 |
| 8/24/2009 | TWT | T | Conference with Kevin Driscoll re: Navistar claim | 0.2 | $80.00 |
| 8/24/2009 | EAE | T | Finalize motion to employ Brent Huber, notice of motion & proposed order. Filed and mailed to creditors | 1 | $100.00 |
| 8/24/2009 | TWT | T | Draft plan provisions for claims 2-6 of chapter 11 plan | 1.8 | $720.00 |
| 8/24/2009 | TWT | T | Preparation of Disclosure statement: Summary of significant events, history of debtor, description of chapter 11, description of debts | 1.2 | $480.00 |

Page No.     5

Jahnke & Toolis LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

# History Bill

Date:  8/28/2009

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|------|-------|-----|-------------|---------|--------|
| 3/17/2009 | TWT | T | Send financial / cash balance to Mike Benz | 0.1 | $40.00 |
| 3/17/2009 | TWT | T | Conf with Sanders re: invoices to Petroleum | 0.2 | $80.00 |
| 3/18/2009 | TWT | T | Conference with Opposing Counsel re: Draft of CC order | 1 | $400.00 |
| 3/18/2009 | TWT | T | Review e-mail from Mike Benz and confirm agreement with Scott Wolf | 0.2 | $80.00 |
| 3/18/2009 | JHC | T | Reviewed court docket for trustee info | 0.1 | $10.00 |
| 3/18/2009 | TWT | T | Conference with Scott Degroate re: Status of motion on use of cash | 0.3 | $120.00 |
| 3/18/2009 | TWT | T | Court Appearance:  Motion to use cash collateral | 0.4 | $160.00 |
| 3/19/2009 | CLM | T | TC re: attempting to reschedule | 0 | $0.00 |
| 3/20/2009 | JR | T | spoke to Dave Gucwa to reschedule debtor interviews; informed client via phone and e-mail | 0 | $0.00 |
| 3/20/2009 | TWT | T | Conference with Linda re: cash collateral budget | 0.2 | $80.00 |
| 3/20/2009 | JHC | T | Telephone conference with TWT regarding interim order; reviewed court docket; emailed TWT regarding missing entry. | 0.25 | $25.00 |
| 3/21/2009 | TWT | T | Forward amended budget to Mike Benz | 0.1 | $40.00 |
| 3/23/2009 | JR | T | Prepared Affidavit for Huber and reviewed Application to Employ Counsel | 0.5 | $50.00 |
| 3/25/2009 | JR | T | revised agreement for employment and e-mailed aff. to Huber | 0.1 | $10.00 |
| 3/25/2009 | JHC | T | Two telephone conferences with Judge Wedoff's clerk regarding interim order; prepared and filed notice of service; filed motion to set bar date. | 1 | $100.00 |
| 3/26/2009 | JR | T | Prepared Order for Setting Time and sent docs to service list | 0.2 | $20.00 |
| 3/27/2009 | TWT | T | Conference with Linda re: Debtor interview, necessary docs, time, location, review | 0.4 | $160.00 |
| 3/28/2009 | TWT | T | Send budget to Mike benz per cash collateral order | 0.1 | $40.00 |
| 3/30/2009 | TWT | T | Review personal financials for John R. Degroate/Scott Degroate | 0.3 | $120.00 |
| 3/30/2009 | TWT | T | Attendance at UST interview | 1 | $400.00 |
| 3/31/2009 | TWT | T | Review and respond to e-mail from Linda | 0.2 | $80.00 |
| 3/31/2009 | TWT | T | Phone conference with Mike Benz re: forwarded looking budget | 0.2 | $80.00 |
| 3/31/2009 | TWT | T | E-mail to Linda re: prep of forward looking budget | 0.1 | $40.00 |
| 3/31/2009 | TWT | T | Review e-mail from environmental insurance claim counsel | 0.1 | $40.00 |
| 4/01/2009 | JHC | T | Corresponded with Linda via email regarding Joliet appointment | 0.1 | $10.00 |
| 4/03/2009 | TWT | T | Conference with John R. Derogate re: status of case, possible union contract, 341 meeting, etc | 0.7 | $280.00 |
| 4/06/2009 | TWT | T | Review e-mail and budget from Linda Stellwagen | 0.1 | $40.00 |
| 4/06/2009 | TWT | T | Respond to Mike Benz email and forward weekly budget information | 0.1 | $40.00 |

*(handwritten annotations in margin: circled "1" beside 3/18/2009 JHC entry; circled "3" and "-10%" beside 3/25/2009 JHC entry; circled "1" beside 3/26/2009 JR entry)*