**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 25 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                              )
                                    )
                                    )    Case No. 09 B 07427
Derogate Petroleum Services, Inc.   )
                                    )
                                    )
                                    )    Chapter 11
           Debtor.                  )
                                    )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JAHNKE, SULLIVAN & TOOLIS, LLC, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $15,015.50 | TOTAL COSTS REQUESTED: | $647.73 |
| TOTAL FEES REDUCED: | $1,345.00 | TOTAL COSTS REDUCED: | $99.00 |
| TOTAL FEES ALLOWED: | $13,670.50 | TOTAL COSTS ALLOWED: | $548.73 |

**TOTAL FEES AND COSTS ALLOWED: $14,219.23**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appears on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)   **Unreasonable Time**
The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(4)   **Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone,* 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman,* 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

1

**(7) Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(9) Improper Time Increments for Billing**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

**(12) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: August 25, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

2

Jahnke & Toolis LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

# History Bill

Date: 8/23/2010

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|---|---|---|---|---|---|
| Scott Degroate | | | Client No. | | |
| Degroate Petroleum - BK11 | | | Case No.   09 B 07427 | | |
| 9/01/2009 | TWT | T | Conference with US Trustee re: plan revisions | 0.6 | $240.00 |
| 9/24/2009 | EAE | T | Finalized First Application for Allowance of Interim Compensation and Reimbursement of costs and expenses, notice of motion, and proposed order. Filed with court and mailed to all creditors | 1 | $100.00  ⑫ -10 |
| 9/24/2009 | EAE | T | Prepared Notice of Entry of Order for 6th Stipulation and Interim Order Authorizing cash collateral. Filed with court and mailed to all creditors | 0.75 | $75.00  ⑨ ⑫ -15 |
| 10/12/2009 | EAE | T | Filed summary of cash receipts and cash disbursements for month ending 9/30/09 | 0.25 | $18.75 |
| 10/13/2009 | CMJ | T | attend court on various motions | 0.6 | $240.00  ④ -240 |
| 10/13/2009 | CMJ | T | Travel to/from court | 1.4 | $350.00 |
| 10/15/2009 | TWT | T | Conference with insurance agent re: letter re: bankruptcy reasons | 0.1 | $40.00 |
| 10/15/2009 | TWT | T | conference with mike Benz re: settlement of Harris bank loan | 0.1 | $40.00 |
| 10/15/2009 | TWT | T | conference with Linda Stellwagen re: settlement with Harris bank | 0.1 | $40.00 |
| 11/02/2009 | TWT | T | Review weekly report | 0.1 | $40.00 |
| 11/02/2009 | TWT | T | Forward weekly report to Mike Benz | 0.1 | $40.00 |
| 11/09/2009 | TWT | T | Forward weekly report to mike Benz | 0.1 | $40.00 |
| 11/09/2009 | TWT | T | Review weekly repost | 0.2 | $50.00 |
| 11/09/2009 | TWT | T | Forward weekly report to Mike Benz | 0.1 | $40.00 |
| 11/10/2009 | TWT | T | Conference with Mike Benz - re: letter of intent - will forward tomorrow | 0.1 | $40.00 |
| 11/11/2009 | TWT | T | Conference with Kevin Driscoll re: Navistar loans | 0.2 | $80.00 |
| 11/11/2009 | TWT | T | E-mail from Linda Stellwagen re: Navistar loans | 0.1 | $40.00 |
| 11/11/2009 | TWT | T | Email to Linda Stellwagen re: response from Kevin Driscoll | 0.1 | $40.00 |
| 11/11/2009 | TWT | T | E-mail to Mike Benz re: Letter of intent from Lincolnway. Less than expected - will Harris take 800k | 0.1 | $40.00 |
| 11/17/2009 | TWT | T | Call to Linda Stellwagen re: budget for December/January | 0.1 | $40.00 |
| 11/17/2009 | TWT | T | Call to Steve Wolf re: continuance of status | 0.1 | $40.00 |
| 11/18/2009 | TWT | T | Court Appearance - status on cash collateral, status on amended plan. status on amended disclosure statement | 0.6 | $240.00 |
| 11/18/2009 | TWT | T | Travel to/from court | 1.8 | $360.00 |
| 11/20/2009 | EAE | T | Filed August 31, 2009 cash disbursement report and emailed to Howard Wilkes. | 0 | $0.00 |
| 11/23/2009 | TWT | T | Review 2 weeks of reports | 0.2 | $80.00 |
| 11/23/2009 | TWT | T | Forward 2 weekly reports to mike Benz | 0.1 | $40.00 |

Jahnke & Toolis LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

# History Bill

Date: 8/23/2010

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|---|---|---|---|---|---|
| 11/23/2009 | | | | | |
| 11/30/2009 | TWT | T | Review weekly report | 0.1 | $40.00 |
| 11/30/2009 | TWT | T | Forward weekly report to mike Benz | 0.1 | $40.00 |
| 12/04/2009 | TWT | T | Conference with Linda Stellwagen re: status of loan | 0.3 | $120.00 |
| 12/07/2009 | TWT | T | Review weekly report | 0.1 | $40.00 |
| 12/07/2009 | TWT | T | Forward weekly report to mike Benz | 0.1 | $40.00 |
| 12/14/2009 | TWT | T | Review weekly report | 0.1 | $40.00 |
| 12/14/2009 | TWT | T | Forward weekly report to Mike Benz | 0.1 | $40.00 |
| 12/15/2009 | TWT | T | Email to/from Mike Benz re: timing of loan | 0.4 | $160.00 |
| 12/21/2009 | TWT | T | Review weekly report | 0.1 | $40.00 |
| 12/21/2009 | TWT | T | Forward weekly report to Mike Benz | 0.1 | $40.00 |
| 12/28/2009 | TWT | T | Review weekly report | 0.1 | $40.00 |
| 12/28/2009 | TWT | T | Forward weekly report to Mike Benz | 0.1 | $40.00 |
| 12/30/2009 | TWT | T | Conference with Linda Stellwagen re: timing of loan - update on bank status | 0.6 | $240.00 |
| 1/04/2010 | TWT | T | Follow-up email from Mike Benz | 0.1 ④ | $40.00 -40 |
| 1/04/2010 | TWT | T | Answer to follow up e-mail | 0.1 ④ | $40.00 -40 |
| 1/04/2010 | TWT | T | Review weekly report | 0.1 | $40.00 |
| 1/04/2010 | TWT | T | Forward weekly report to Mike Benz | 0.1 | $40.00 ④ |
| 1/04/2010 | TWT | T | Review e-mail from Mike Benz and respond | 0.2 | $80.00 -40 |
| 1/04/2010 | TWT | T | E-mail to Linda Stellwagen re: status of loan per mike Benz request | 0.1 | $40.00 |
| 1/11/2010 | TWT | T | Review and revision of disclosure statement | 0.6 | $240.00 |
| 1/11/2010 | TWT | T | Review and revision of Chapter 11 plan | 0.7 | $280.00 |
| 1/11/2010 | TWT | T | Review weekly report | 0.1 | $40.00 |
| 1/11/2010 | TWT | T | Review e-mail re: loan from mike benz | 0.1 | $40.00 |
| 1/11/2010 | TWT | T | Respond to Mike benz 2nd email | 0.1 | $40.00 ④ -40 |
| 1/12/2010 | TWT | T | Conference with Brent Huber re: insurance claim, fees, expenses - need to file petition with Bankruptcy Court. | 0.3 | $120.00 |
| 1/12/2010 | EAE | T | Made corrections to Amended Disclosure Statement and Amended Plan; filed with court. Filed November and December Summary of cash receipts and made copies for mailing. | 0 | $0.00 |
| 1/12/2010 | EAE | T | Filed November and December summary of cash receipts | 0.5 | $37.50 ⑫ -15 |
| 1/12/2010 | TWT | T | Review docket for court - no cash collateral order filed | 0.3 | $120.00 |
| 1/13/2010 | TWT | T | Conference with Dave Garbelse re: loan status | 0.1 | $40.00 |
| 1/13/2010 | TWT | T | Court appearance - status on amended plan, cash collateral continued | 0.4 | $160.00 |
| 1/13/2010 | TWT | T | Travel to/from court | 1.4 | $280.00 |

Jahnke & Toolis LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

## History Bill

Date: 8/23/2010

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|---|---|---|---|---|---|
| 1/13/2010 | | | | | |
| 1/18/2010 | TWT | T | Review weekly report | 0.1 | $40.00 |
| 1/18/2010 | TWT | T | Email weekly report to Mike Benz | 0.1 | $400.00 |
| 1/25/2010 | EAE | T | Valled Brent Huber - Left message regarding needing clarification as to the three staff members working on this file and why their are different rates being billed | 0.25 | $25.00 |
| 1/25/2010 | EAE | T | Start Preparation of Motion to Approve Fees for Brent Huber of Ice Miller | 2 | $200.00 |
| 1/26/2010 | EAE | T | Email to Brent Huber regarding needing a history bill | 0.1 | $10.00 |
| 2/10/2010 | CMJ | T | Travel to and from Motion to Use Cash Collateral | 1.8 | $540.00 |
| 2/10/2010 | CMJ | T | Attend Hearing on Cash Collateral. | 0.3 | $120.00 |
| 2/22/2010 | TWT | T | Conference with Kevin Driscoll regarding status of plan/ Navistar loan. | 0.1 | $40.00 |
| 2/22/2010 | TWT | T | Reviewed and forwarded e-mail from Navistar to Linda. | 0.2 | $80.00 ④ -80 |
| 2/22/2010 | TWT | T | Reviewed and forwarded e-mail from Navistar to Linda. | 0.2 | $80.00 ④ -80 |
| 2/23/2010 | TWT | T | Reviewed and responded to Mike Benz's e-mail. | 0.2 | $80.00 ④ -80 |
| 2/23/2010 | TWT | T | Revised Chapter Eleven Plan per Steve Wolfe. | 0.4 | $160.00 |
| 2/23/2010 | TWT | T | Conference with David Gabrielse regarding loan status. | 0.2 | $80.00 |
| 2/23/2010 | TWT | T | Reviewed e-mail and responded to Navistar's question. | 0.1 | $40.00 ④ -40 |
| 2/23/2010 | TWT | T | Conference with Steve Wolfe regarding the status of the loan. | 0.1 | $40.00 |
| 2/24/2010 | TWT | T | Court Appearance- status on refinance. | 0.7 | $280.00 |
| 2/24/2010 | TWT | T | Travel to and from court. | 2.5 | $500.00 |
| 3/02/2010 | TWT | T | Review commitment letter. | 0.2 | $80.00 |
| 3/02/2010 | TWT | T | Review weekly report. | 0.1 | $40.00 |
| 3/02/2010 | TWT | T | E-mail to Mike Benz; forwarded to client. | 0.2 | $80.00 ④ -80 |
| 3/02/2010 | TWT | T | Forward weekly report. | 0.1 | $40.00 |
| 3/03/2010 | EAE | T | Updated petition for fees for Brent Huber. Had time to review and make more changes to petition. E-mailed to Brent for review before filing. Received automatic reply from Mr. Huber advising that he is out of town until March 5th. | 0 | $0.00 |
| 3/03/2010 | TWT | T | Review weekly report. | 0.1 | $40.00 |
| 3/09/2010 | EAE | T | Filed Summary of Cash Disbursement for month ending February 28th. | 0.25 | $18.75 |
| 3/09/2010 | TWT | T | Send weekly report to Mike Benz along with addition request for payoff. | 0.1 | $40.00 |
| 3/09/2010 | TWT | T | Review February Trustee Report | 0.2 | $80.00 |
| 3/10/2010 | TWT | T | Review and forward e-mail from Mike Benz to Linda. | 0.2 | $80.00 ④ -80 |
| 3/10/2010 | TWT | T | Respond to Mike Bez's e-mail | 0.1 | $40.00 ④ -80 |
| 3/15/2010 | TWT | T | E-mail to Linda Stellwagon regarding budget through April 21. | 0.1 | $40.00 |

Jahnke & Tools LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

# History Bill

Date: 8/23/2010

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|---|---|---|---|---|---|
| 3/15/2010 | | | | | |
| 3/15/2010 | TWT | T | E-mail from Mike Benz regarding personal financial statements. | 0.1 | $40.00 |
| 3/15/2010 | TWT | T | Forward e-mail to Linda Stellwagon. | 0.1 | $40.00 |
| 3/15/2010 | TWT | T | Review weekly report. | 0.1 | $40.00 |
| 3/15/2010 | TWT | T | Forward weekly report to Mike Benz. | 0.1 | $40.00 |
| 3/16/2010 | TWT | T | E-mailed commitment letter to Mike Benz. | 0.2 | $80.00 |
| 3/17/2010 | TWT | T | Travel to and from court. | 1.6 | $320.00 |
| 3/17/2010 | TWT | T | Attend Court: status on case. | 0.6 | $240.00 |
| 3/23/2010 | TWT | T | Review e-mail from Linda Stellwagon regarding Union dispute. | 0.3 | $120.00 |
| 3/25/2010 | TWT | T | Request documents from Linda. | 0.1 | $40.00 |
| 3/25/2010 | TWT | T | Review e-mail from Mike Benz. | 0.1 | $40.00 ④ -40 |
| 3/29/2010 | TWT | T | Research 361 and 4001 K | 0.3 | $120.00 |
| 3/29/2010 | TWT | T | Prepare Motion to Refinance. | 0.6 | $240.00 |
| 3/29/2010 | TWT | T | Draft refinance order. | 0.3 | $120.00 |
| 3/30/2010 | EAE | T | Prepared Notice of Emoting to allow debtor to refinance debt with short notice and filed along with Motion, Exhibits and Propose Order. Mailed out to 29 creditors. | 1 | $75.00 ⑫ -75 |
| 4/14/2010 | CMJ | T | Attend court/travel | 1.2 | $300.00 |
| 4/21/2010 | TWT | T | Called Union 142 Attorney and left message. | 0.1 | $40.00 ④ -40 |
| 4/21/2010 | TWT | T | Conference with Attorney for Union. | 0.1 | $40.00 ④ -40 |
| 4/22/2010 | TWT | T | Conference with David Grabielse. | 0.2 | $80.00 ④ -80 |
| 4/27/2010 | TWT | T | E-mail to Mike Benz regarding status of loan. | 0.1 | $40.00 |
| 4/27/2010 | TWT | T | Conference with Linda Stellwagen regarding status of loan. | 0.1 | $40.00 |
| 4/27/2010 | AXB | T | Prepared Notice of Entry of Order, filed it electronically and mailed Notice with attached Mailing Matrix to all creditors | 0 | $0.00 |
| 4/29/2010 | JR | T | corporate document preparation | 0.5 | $50.00 ④ -50 |
| 5/03/2010 | TWT | T | Prepare for cash collateral order. | 0.4 | $160.00 |
| 5/05/2010 | TWT | T | Court appearance on cash collateral/status on case. | 0.6 | $240.00 |
| 5/05/2010 | TWT | T | Travel to and from court. | 1.8 | $360.00 |
| 5/07/2010 | AXB | T | Prepared Notice of Entry of Order and mailed copy of Notice with Mailing Matrix to all creditors | 0 | $0.00 |
| 5/10/2010 | TWT | T | Preparation of amended plan | 0.8 | $320.00 |
| 5/10/2010 | TWT | T | Preparation of amend disclosure statement | 0.9 | $360.00 |
| 5/26/2010 | AXB | T | Prepared and filed Notice of Service and also filed Notice of Entry of Order | 0.3 | $22.50 |
| 6/07/2010 | TWT | T | Review ballots for prep of ballot report | 0.6 | $240.00 |
| 6/07/2010 | TWT | T | Prepare ballot report | 0.4 | $160.00 |

Jahnke & Toolis LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

# History Bill

Date: 8/23/2010

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|---|---|---|---|---|---|
| 6/07/2010 | | | | | ④ |
| 6/07/2010 | TWT | T | Conference with Steve Wolfe | 0.2 | $80.00  -80 |
| 6/08/2010 | TWT | T | Conference with Linda Stellwagen re: claims | 0.3 | $120.00 |
| 6/08/2010 | TWT | T | Conference with Kevin Driscoll re: Navistar claim | 0.2 | $80.00 ⑫ |
| 6/08/2010 | EAE | T | Filed March and April summary of cash receipts. | 0.5 | $50.00  -20 |
| 6/09/2010 | TWT | T | Confirmation and Disclosure Statement Hearing | 0.4 | $160.00 |
| 6/09/2010 | TWT | T | Travel to/from Court | 1.4 | $280.00 |
| 6/09/2010 | TWT | T | Parking | 1 | $18.00 |
| 6/21/2010 | TWT | T | Review claims for meeting with Linda Stellwagen | 0.8 | $320.00 |
| 6/28/2010 | AXB | T | Called Creditors regarding Ballots; faxed Ballots to all Creditors; placed follow up calls to all creditors and received signed Ballots | 1 | $100.00 ⑦⑫ -20 |
| 6/29/2010 | TWT | T | Draft objections to claims of midtown #1 | 0.2 | $80.00 |
| 6/29/2010 | TWT | T | Draft objection to Midtown claim #22 | 0.2 | $80.00 |
| 6/29/2010 | TWT | T | Draft objection to Cook County Claim | 0.3 | $120.00 |
| 7/06/2010 | TWT | T | Preparation of Fee petition | 0.4 | $160.00 |
| 7/06/2010 | TWT | T | Conference with Linda Stellwagen re: objections to claims of Midtown claims and Cook County Dept. of Revenue | 0.7 | $280.00 |
| 7/07/2010 | EAE | T | Prepared Final Motion for Compensation. | 0.75 | ⑨ $75.00  -75 |
| 7/21/2010 | TWT | T | Meeting with Linda re: review of claims/payments required | 0.6 | $240.00 |
| 8/03/2010 | TWT | T | Court Appeance - close case | 0.5 | $200.00 |
| 8/03/2010 | TWT | T | Travel to/from Court | 1.4 | $280.00 |
| | | | Subtotal | 52.05 | $15,015.50 |
| 9/24/2009 | EAE | E | Copy charge for Finalized First Application for Allowance on Interim Compensation and Reimbursement for 30 creditors | 1 | $57.00 ④ |
| 9/24/2009 | EAE | E | Notice of Entry of Order for 6th Stipulation and Interim Order Authorizing cash collateral. Filed with court and mailed to 30 creditors | 1 | $42.00 ④ |
| 9/24/2009 | EAE | E | United States Mail - Postage mailed Finalized First Application for Allowance of Interim Compensation and Reimbursement of Costs and Expenses and Notice of Entry of Order for 6th Stipulation and Interim Authorizing Cash Collateral to 30 creditors at $.95 each | 1 | $28.50 |
| 1/12/2010 | EAE | E | copy charge for November and December summary of cash receipts to 29 creditors (551 pages at .10 cents per page) | 1 | $55.10 |
| 1/12/2010 | EAE | E | postage fee to send November and December summary of cash receipts (.61 x 29 creditors) | 1 | $17.69 |
| 2/26/2010 | EAE | E | Copy charge for tenth stipulation to 27 creditors (20 pages x 27 = 540 x .10) | 1 | $54.00 |

Jahnke & Tools, LLC
9031 W. 151st Street
Suite 203
Orland Park, IL 60462

## History Bill

Date: 8/23/2010

| Date | Staff | T/E | Description | Dur/Qty | Amount |
|---|---|---|---|---|---|
| 2/26/2010 | TWT | E | Postage fee to mail out tenth stipulation to 27 creditors (.61 x 27) | 1 | $16.47 |
| 3/17/2010 | TWT | E | Parking for court. | 1 | $11.00 |
| 3/30/2010 | EAE | E | Mailed out Notice of Motion, Motion, Exhibits and Proposed Order to 29 creditors. (18 pages x 29 creditors = 522 pages) copy charge (522 x .10 = $52.20) postage (.61 cents x 29 creditors = $17.69) | 1 | $69.89 |
| 5/05/2010 | TWT | E | Parking | 1 | $18.00 |
| 5/12/2010 | TWT | E | Mailed out order and notice of hearing, disclosure statement, amended chapter 11 plan, and ballot to 32 creditors (76 pages x 32 creditors = 2,432 pages) (2,432 pages x .10 cents copy cost= $243.20) | 32 | $243.20 |
| 5/12/2010 | TWT | E | Postage for mailing to 32 creditors (32 creditors x $1.09 postage = $34.88) | 32 | $34.88 |
| | | | Subtotal | 74.00 | $647.73 |
| | | | Total | 126.05 | $15,663.23 |
| | | | Total Time and Expenses | 126.05 | $15,663.23 |

*Handwritten notes:*

Total Fees Deducted  $1,345
Total expenses deducted $99.00

Total Allowed Fees  $13,670.50
Total Allowed expenses  $548.73
                         14,219.23