## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|    DEGROATE PETROLEUM, INC. | ) | CASE NO. 09-07427 |
|       Debtor. | ) | CHAPTER 11 |
| | ) | Judge Eugene R. Wedoff |

### ORDER ON FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on the Debtors Motion for Final Decree, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto, IT IS HEREBY ORDERED:

A. Debtors motion for final decree is hereby granted.

B. The Chapter 11 case of the debtors is closed as the same has been substantially consummated in accordance with 11 USC 1101(2)(c).

Enter:

__2 2 SEP 2010__  
Date

_[signature]_  
Unites States Bankruptcy Judge

Thomas W. Toolis  
Jahnke, Sullivan & Toolis, LLC  
9031 W. 151st Street, Suite 203  
Orland Park, IL 60462  
708-349-9333  
44138